

# NUMBER 13-12-00725-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

## IN RE THE GOODYEAR TIRE & RUBBER COMPANY AND GOODYEAR-DUNLOP TIRES NORTH AMERICA, LTD.

## On Petition for Writ of Mandamus

## MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Benavides and Perkes
Memorandum Opinion Per Curiam**

Relators, the Goodyear Tire and Rubber Company and Goodyear-Dunlop Tires North America, LTD ("Goodyear"), filed a petition for writ of mandamus on November 28, 2012 complaining of an order signed by Judge Joseph Kelly, who retired from his position as judge of the 24th Judicial District Court on December 30, 2012. The Honorable Jack Marr succeeded Judge Kelly. On January 17, 2013, Goodyear moved for abatement to allow Judge Marr to reconsider Judge Kelly's ruling under Texas Rule of Appellate Procedure 7.2(b), which we granted.

Judge Marr held a hearing on the motion for reconsideration on February 11, 2013. On March 28, 2013, Judge Marr signed two orders. Goodyear states in its advisory to this Court that Judge Marr's orders "have made several of the issues raised in the current mandamus petition moot, including some-but not all-of the issues related to the protective order."

Because the mandamus record currently before us is based upon an order of the trial court that has been superseded, at least in part, we agree with Goodyear that dismissal of the current mandamus proceeding is an appropriate disposition. Thus, we lift our previous order of abatement, lift the stay order of November 29, 2012, dismiss the original proceeding without prejudice to either party to file a new petition for writ of mandamus, if warranted, and deny real parties in interest's motion for expedited denial of the mandamus petition and real parties in interest motion for sanctions.

IT IS SO ORDERED.

PER CURIAM

Delivered and filed the
22th day of April, 2013.

2